# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. **CR 20-00587-FMO** | Date February 18, 2021 |

Present: The Honorable **Fernando M. Olguin, United States District Judge**

Interpreter   None Present

| Vanessa Figueroa - Via VTC | Maria Bustillos - Via VTC | Ranee Katzenstein - Via VTC |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| BONIFACIO JASTILANA MARINAS - Via VTC | X | | X | Kirk M. Tarman - Via VTC | X | | X |

**Proceeding   CHANGE OF PLEA**

The court accepts defendant's consent to appear by video telephone conference, filed on February 18, 2021.

Defendant moves to change his plea to Count One of the Information. Defendant is sworn and enters his plea of guilty to Count One of the Information.

The court questions defendant regarding his plea of guilty and finds it knowing and voluntary. The court orders the plea accepted and entered.

Defendant is referred to the U.S. Probation Office for a full Pre-Sentence Report. Sentencing is set for **June 24, 2021, at 2:30 p.m.** All previously scheduled dates in connection with this defendant are hereby vacated.

The government shall file its sentencing position papers at least 17 calendar days prior to the sentencing date. Defendant shall file his sentencing position papers no later than 10 calendar days prior to the sentencing date. Failure to file position papers by their due date may result in a continuance of the sentencing date and/or the imposition of sanctions. With the exception of letters of support, no supplemental sentencing papers may be filed without leave of the court.

cc: U.S. Probation Office

|  | 00 : 30 |
|---|---|
|  | Initials of Deputy Clerk   vdr |